# EXHIBIT 2

FILED

18 SEP 10 PM 1:22

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 18-2-22507-8 SEA

1

2

3

4

5

6

7

8       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY AT SEATTLE

9

10

| | |
|---|---|
| SUNDAY TOLLEFSON, a single woman, | Cause No. |
| Plaintiff, | SUMMONS |
| v. | (20-Day) |
| MICROSOFT CORPORATION, a Washington State For-Profit Corporation, | |
| Defendant. | |

11

12

13

14

15

16      TO:          MICROSOFT CORPORATION, a Washington State For-Profit Corporation.

17          A lawsuit has been started against MICROSOFT CORPORATION in the above-entitled

18      court by Sunday Tollefson. Plaintiff's claims are stated in the written complaint, a copy of

19      which is served upon you with this summons.

20          In order to defend against this lawsuit, you must respond to the complaint by stating

21      your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff

22      within 20 days after the service of this summons, excluding the day of service, if served

23      within the State of Washington (or within 60 days after service of this summons, if served

outside the State of Washington), or a default judgment may be entered against you without

**SUMMONS** – Page 1
Cause No.

**LUHN LAW PLLC**
4500 9th Ave NE, Suite 300
Seattle, WA  98105
Tel: (206) 569-0071 Fax: (206) 569-0072

1

2

3

notice. A default judgment is one where plaintiff is entitled to what it asks for in its Complaint because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

4

5

6

You may demand that the plaintiffs file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff by serving plaintiff's attorney. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

7

8

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

9

10

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 10th day of September 2018.

11

12

LUHN LAW, PLLC

13

14

By: _____*Gail M. Luhn*_____
Gail M. Luhn, WSBA #27104
Attorney for Plaintiff, Sunday Tollefson

15

16

17

18

19

20

21

22

23

**SUMMONS** – Page 2
Cause No.

1

FILED

18 SEP 10 PM 1:22

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 18-2-22507-8 SEA

SUPERIOR COURT OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| SUNDAY TOLLEFSON | NO. 18-2-22507-8 SEA |
| VS | |
| MICROSOFT CORPORATION | CASE INFORMATION COVER SHEET AND AREA DESIGNATION |

CAUSE OF ACTION

**(MSC) -**      OTHER COMPLAINT/PETITION (MSC 2)

AREA DESIGNATION

**SEATTLE -**      Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**IN AND FOR THE COUNTY OF KING**

| | |
|---|---|
| SUNDAY TOLLEFSON<br><br>Plaintiff(s),<br><br>vs.<br><br>MICROSOFT CORPORATION<br><br>Respondent(s) | NO.    18-2-22507-8 SEA<br>ORDER SETTING CIVIL CASE SCHEDULE<br><br>ASSIGNED JUDGE:  Bradshaw, Timothy A., Dept. 1<br><br>FILED DATE:  9/10/2018<br>TRIAL DATE:  9/9/2019<br>SCOMIS CODE:  *ORSCS |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

## I. NOTICES

**NOTICE TO PLAINTIFF:**  The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the ***Summons and Complaint/Petition***.  Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion.  The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**"I understand that I am required to give a copy of these documents to all parties in this case."**

| Gail M. Luhn | |
|---|---|
| PRINT NAME | SIGN NAME |

**I. NOTICES   (continued)**

**NOTICE  TO ALL PARTIES:**
All attorneys and parties should make themselves familiar  with the King County Local Rules [*KCLCR*] -- especially
those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to
pursue their cases vigorously from the day the case is filed.  For example,  discovery must be undertaken promptly in
order to comply  with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses
[*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**CROSSCLAIMS,  COUNTERCLAIMS  AND THIRD  PARTY  COMPLAINTS:**
A filing  fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR  4.2(a)(2)**
A Confirmation  of Joinder, Claims  and Defenses or a Statement of Arbitrability  must be filed by the deadline in the
schedule.  The court will  review the confirmation  of joinder document to determine if a hearing is required.  If a Show
Cause order is  issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING  DUE DATES CANCELED BY FILING  PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's
Office,  and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically
canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1)  file  such dispositive documents
within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned
judge.

 Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing  a *Notice of
Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or
order of dismissal of <u>all parties and claims</u>  is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed
with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk  is authorized by KCLCR  41(b)(2)(A)  to present an
*Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES  OF APPEARANCE  OR WITHDRAWAL  AND ADDRESS  CHANGES:**
*All parties to this action must keep the court informed of their addresses.*  When a Notice of Appearance/Withdrawal or
Notice of Change of Address is filed with the Superior Court Clerk's Office,  parties must provide the assigned judge
with a courtesy copy.

 **ARBITRATION  FILING <u>AND</u> TRIAL  DE NOVO POST ARBITRATION  FEE:**
A Statement of Arbitrability  must be filed by the deadline on the schedule **if the case is subject to mandatory
arbitration** and service of the original complaint and all answers to claims, counterclaims and cross-claims have been
filed.  If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge
transferring the case to arbitration.  **Any party  filing a Statement  must pay a $220 arbitration  fee**. If a party seeks a
trial de novo when an arbitration award is appealed, a fee of $250  and the request for trial de novo must be filed  with the
Clerk's  Office Cashiers.

**NOTICE  OF NON-COMPLIANCE  FEES:**
**All** parties will  be assessed a fee authorized by King County Code 4A.630.020  whenever the Superior Court Clerk  must
send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

**King County Local Rules are available  for viewing  at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| √ | CASE EVENTS | DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 9/10/2018 |
| √ | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [See KCLMAR2.1(a) and Notices on page 2]. **$220 Arbitration fee must be paid** | 2/19/2019 |
| √ | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [See KCLCR 4.2(a) and Notices on page 2] | 2/19/2019 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [KCLCR 82(e)] | 3/4/2019 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [See KCLCR 26(k)] | 4/8/2019 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [KCLCR 26(k)] | 5/20/2019 |
| | **DEADLINE** for Jury Demand [See KCLCR 38(b)(2)] | 6/3/2019 |
| | **DEADLINE** for Change in Trial Date [See KCLCR 40(e)(2)] | 6/3/2019 |
| | **DEADLINE** for Discovery Cutoff [See KCLCR 37(g)] | 7/22/2019 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [See KCLCR16(b)] | 8/12/2019 |
| | **DEADLINE** for Exchange Witness & Exhibit Lists & Documentary Exhibits [See KCLCR 4(j)] | 8/19/2019 |
| √ | **DEADLINE** to file Joint Confirmation of Trial Readiness [See KCLCR 16(a)(1)] | 8/19/2019 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [See KCLCR 56;CR56] | 8/26/2019 |
| √ | Joint Statement of Evidence [See KCLCR 4(k)] | 9/3/2019 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusion of Law with the Clerk) | 9/3/2019 |
| | Trial Date [See KCLCR 40] | 9/9/2019 |

The √ indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:    9/10/2018

_____

PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:**   If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:**   Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:**   Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

### MOTIONS PROCEDURES
### A. Noting of Motions

**Dispositive Motions:**  All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:**  These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the

Note for Motion should state "Without Oral Argument." Local Civil Rule 7 governs these motions, which include discovery motions. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:** Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time. However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule. In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents: All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application. Pre-registration to accept e-service is required. E-Service generates a record of service document that can be e-filed. Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. **Do not file the original of the proposed order with the Clerk of the Court.** Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order. The court may distribute orders electronically. Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the Ex Parte and Probate Department.** Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

*IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS  OF THIS ORDER MAY RESULT IN DISMISSAL  OR OTHER  SANCTIONS.  PLAINTIFF/PEITITONER  SHALL FORWARD A COPY OF THIS ORDER AS SOON  AS PRACTICABLE TO ANY PARTY WHO HAS NOT  RECEIVED THIS ORDER.*

**PRESIDING JUDGE**

1

2

3

4

5

6

7

8

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY AT SEATTLE

9

| | |
|---|---|
| SUNDAY TOLLEFSON, a single woman,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington State For-Profit Corporation,<br><br>Defendant. | Cause No. 18-2-22507-8 SEA<br><br>DECLARATION OF KENNETH DIAMOND RE ACCEPTANCE OF SERVICE |

10

11

12

13

14

15     Comes Kenneth J. Diamond of WINTERBAUER & DIAMOND, PLLC, and states as follows:

16     1.     I am over the age of majority, am competent to testify, and except as otherwise

17 indicated, I make the following statements based upon my own personal knowledge and belief.

18     2.     I have been retained to represent Microsoft Corporation in defense of plaintiff's

claims against it in this matter.

19     3.     On or about October 9, 2018, I sought and obtained authority to accept service of

20 process on behalf of Microsoft Corporation.

21     4.     On or about October 9, 2018, I communicated to counsel for plaintiff, Gail M. Luhn of

22 LUHN LAW, PLLC, that I had received authority to accept service of process on behalf of defendant

23 Microsoft Corporation via electronic delivery, including by email.

DECLARATION OF KENNETH DIAMOND
RE ACCEPTANCE OF SERVICE – Page 1
Cause No. 18-2-22507-8 SEA

**LUHN LAW PLLC**
4500 9th Ave NE, Suite 300
Seattle, WA 98105
Tel: (206) 569-0071 Fax: (206) 569-0072
Email: gail.luhn@luhnlawpllc.com

5.    On October 22, 2018, I received the following documents via electronic delivery:

    a.    Complaint for Damages;

    b.    Summons;

    c.    Case Confirmation Cover Sheet and Area Designation; and

    d.    Order Setting Civil Case Schedule.

6.    I acknowledge and agree that I have received and accepted service of process in this matter on behalf of and as authorized by Microsoft Corporation.

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this ____5th____ day of October 2018.

WINTERBAUER & DIAMOND PLLC

By: _____
Kenneth J. Diamond, WSBA #14056
1200 Fifth Avenue, Suite 1700
Seattle, WA  98101
206-676-8440
206-676-8441 (fax)
Email: ken@winterbauerdiamond.com

DECLARATION OF KENNETH DIAMOND
RE ACCEPTANCE OF SERVICE – Page 2
Cause No. 18-2-22507-8 SEA

**LUHN LAW PLLC**
4500 9th Ave NE, Suite 300
Seattle, WA  98105
Tel: (206) 569-0071 Fax: (206) 569-0072
Email: gail.luhn@luhnlawpllc.com