UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNDAY TOLLEFSON,<br><br>                Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, SUDEV MUTHYA, AND JOHN DOE #1<br><br>                Defendants. | No. 2:18-cv-01617<br><br>**DECLARATION OF KENNETH J. DIAMOND IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

I, Kenneth J. Diamond, declare:

    **1.**    **Declarant.**  I am counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned case. I am over 18 years of age, have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

    **2.**    Plaintiff's Complaint was filed on September 10, 2018, but Microsoft was not served with the Summons and Complaint.

    **3.**    On October 9, 2018, I advised Gail Luhn, Plaintiff's counsel, that I was authorized to accept service of the Summons and Complaint for Microsoft.

DECLARATION OF DIAMOND IN SUPPORT OF
NOTICE OF REMOVAL - 1
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

**4.** On October 22, 2018, Ms. Luhn emailed me copies of the Summons and Complaint, together with a declaration to sign acknowledging receipt and acceptance of service of process on Microsoft's behalf and as authorized by Microsoft.

**5.** On November 5, Plaintiff filed an Amended Complaint. Ms. Luhn sent me a copy via email. The Amended Complaint adds two individual defendants (one by name and the other as John Doe #1) but no new claims against Microsoft. To my knowledge, neither individual defendant has been served with the Summons and Amended Complaint.

**6.** On November 5, 2018, I signed and returned to Ms. Luhn the declaration referenced in paragraph 4, above.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 6th day of November, 2018, at Seattle, Washington

s/ Kenneth J. Diamond
Kenneth J. Diamond

DECLARATION OF DIAMOND IN SUPPORT OF
NOTICE OF REMOVAL - 2
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gail L. Luhn
LUHN LAW PLLC
4500 9th Ave NE, Suite 300
Seattle, WA 98105
Gail.Luhn@LuhnLawPLLC.com

DATED this 6th day of November, 2018.

                s/ Adam Love
                Adam Love
                Legal Assistant
                WINTERBAUER & DIAMOND PLLC
                1200 Fifth Avenue, Suite 1700
                Seattle, Washington  98101
                Phone:  206-676-8440
                Fax:  206-676-8441
                mail@winterbauerdiamond.com

DECLARATION OF DIAMOND IN SUPPORT OF
NOTICE OF REMOVAL - 3
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
Telephone:  (206) 676-8440