UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNDAY TOLLEFSON,<br><br>                    Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, SUDEV MUTHYA, AND JOHN DOE #1,<br><br>                    Defendants. | No. 2:18-cv-01617<br><br>**DEFENDANT MICROSOFT CORPORATION'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendant Microsoft Corporation states it does not have any parent corporations, and there are no publicly-held corporations that own more than 10% of its stock.

DATED this 6th day of November, 2018.

                                          By: s/Kenneth J. Diamond
                                          Kenneth J. Diamond #27009
                                          WINTERBAUER & DIAMOND PLLC
                                          1200 Fifth Avenue, Suite 1700
                                          Seattle, WA 98101
                                          Phone: 206-676-8440
                                          Fax: 206-676-8441
                                          mail@winterbauerdiamond.com
                                          Attorneys for Defendant Microsoft Corporation

CORPORATE DISCLOSURE STATEMENT - 1
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on November 6, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gail L. Luhn
LUHN LAW PLLC
4500 9th Ave NE, Suite 300
Seattle, WA 98105

DATED this 6th day of November, 2018.

s/ Adam Love
Adam Love
Legal Assistant
WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: 206-676-8440
Fax: 206-676-8441
mail@winterbauerdiamond.com

CORPORATE DISCLOSURE STATEMENT - 2
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440