UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNDAY TOLLEFSON,<br><br>                Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, SUDEV MUTHYA, and JOHN DOE #1,<br><br>                Defendants. | No. 2:18-cv-01617<br><br>**CERTIFICATE OF SERVICE AND FILING AT SUPERIOR COURT** |

I, Adam Love, hereby certify and declare as follows:

I am over the age of 18 years and not a party to this action.

On November 6, 2018 I filed with the King County Superior Court and caused to be served the *Notice To Adverse Party and State Court of Filing Notice of Removal in Federal Court* (which includes a copy of the Notice of Removal) via electronic service on all parties who have appeared in the action as listed below:

Gail L. Luhn
LUHN LAW PLLC
4500 9th Ave NE, Suite 300
Seattle, WA 98105
gail.luhn@luhnlawpllc.com
Attorney for Plaintiff Sunday Tollefson

Copies of the documents served are attached to this Certificate as Exhibit 1.

CERTIFICATE OF SERVICE - 1
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of November, 2018.

*Adam Love* (signature)
Adam Love
Legal Assistant
WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: 206-676-8440
Fax: 206-676-8441
mail@winterbauerdiamond.com

CERTIFICATE OF SERVICE - 2
No. 2:18-cv-01617

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440