The Honorable Brian A Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SUNDAY TOLLEFSON,

    Plaintiff,

v.

MICROSOFT CORPORATION, SUDEV MUTHYA, AND JOHN DOE #1

    Defendants.

No. 2:18-cv-01617-BAT

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

## I. STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that the above-captioned action be and hereby is dismissed with prejudice, and with each party bearing its own fees and costs.

SO STIPULATED this 11th day of December, 2018.

WINTERBAUER & DIAMOND PLLC

_/s/ Kenneth J. Diamond_
Kenneth J. Diamond, WSBA #27009
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 676-8440
mail@winterbauerdiamond.com
Attorneys for Defendant
Microsoft Corporation

LUHN LAW PLLC

_/s/ Gail L. Luhn_
Gail L. Luhn, WSBA #27104
4500 9th Ave NE, Suite 300
Seattle, WA 98105
Phone: (206) 569-0071
Gail.Luhn@LuhnLawPLLC.com
Attorneys for Plaintiff
Sunday Tollefson

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 1
No. 2:18-cv-01617-BAT

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

## II.   ORDER

IT IS SO ORDERED:

DATED this _____ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE

Jointly Presented by:

WINTERBAUER & DIAMOND PLLC

_____
Kenneth J. Diamond, WSBA #27009
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 676-8440
mail@winterbauerdiamond.com


LUHN LAW PLLC

_____
Gail L. Luhn, WSBA #27104
4500 9th Ave NE, Suite 300
Seattle, WA 98105
Phone: (206) 569-0071
Gail.Luhn@LuhnLawPLLC.com

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 2
No. 2:18-cv-01617-BAT

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

I hereby certify that on December __11__, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gail L. Luhn
Luhn Law PLLC
4500 9th Ave NE, Suite 300
Seattle, WA 98105
Phone: (206) 569-0071
Gail.Luhn@LuhnLawPLLC.com

DATED this 11th day of December, 2018.

*Adam Love*
Adam Love
Legal Assistant
WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Phone: 206-676-8440
Fax: 206-676-8441
mail@winterbauerdiamond.com

---

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE - 3
No. 2:18-cv-01617-BAT

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 676-8440